# Third District Court of Appeal

## State of Florida

Opinion filed July 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1535
Lower Tribunal No. 18-38492
_____

**Vicente Furiati,**
Appellant,

vs.

**Daniel Guenni Chacon,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Rafael J. Oropesa, Attorney at Law, P.A., and Rafael J. Oropesa, for appellant.

Ricardo E. Pines, for appellee.

Before LOGUE, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.